EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS   #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>       vs.                      )<br>                                )<br> GREG TAVARES,          (15)    )<br>                                )<br>            Defendant.          )<br> _____) | CR. NO. 03-00496-15 HG<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Greg Tavares ("Defendant Tavares") on the grounds that Defendant Tavares was charged and sentenced in an Information, Cr. No. 04-00436 HG. Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Tavares in the Indictment for Cr. No. 03-00496 HG after sentencing.

Defendant Tavares was sentenced on November 12, 2004, to time served. Defendant Tavares is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, November 19, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
_____
UNITED STATES DISTRICT JUDGE

DATED: NOV 23 2004

United States v. Greg Tavares
Cr. No. 03-00496-15 HG
"Order for Dismissal"